#1                                                    Date: 12/25/14

Dear Christopher A. Prine,

    I would like to know if you could Please tell me how to obtain a copy of my trial transcript concerning cases:

Trail Court case number: 1346765

Trail Court case number: 1366083

Court of Appeals number: 01-13-01056cr

Courts of Appeals number: 01-13-01057 cr

**MAIL RECEIVED**

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 29 2014

CHRISTOPHER A. PRINE

CLERK _____

    I would also like to know how I can obtain a copy of the indictment in these cases Please.

    Thank you for your time and Patience. I hope to be hearing from you soon.

Sincerely,

Jimmie Johnson-El

CC: Self

Jimmie Johnson-Gl #1858717
Connally Unit
899 FM 632
Kenedy, TX 78119

*Legal* ~~San Antonio TX 781~~
~~30 DEC 2014 PM 4.L~~

To: Mr. Christopher A. Prine Clerk of The Court
Court of Appeals
First District of Texas
301 Fannin St.
Houston, Texas 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 29 2014

CHRISTOPHER A. PRINE

CLERK

7700220-6659

* Legal Mail *